# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **BRIAN DONALD NORMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10CV653 |
| | ) | |
| **CITY OF MOUNT AIRY, NORTH CAROLINA POLICE DEPARTMENT OFFICER(S), et al.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

For Plaintiff's failure to show cause why this action should not be dismissed for failure to prosecute (*see* Order of May 19, 2011), **IT IS RECOMMENDED** that this action be dismissed for failure to prosecute.

           /s/ P. Trevor Sharp
           United States Magistrate Judge

Date: June 10, 2011