IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **BRIAN DONALD NORMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **1:10CV653** |
| ) | |
| **CITY OF MOUNT AIRY, NORTH** ) | |
| **CAROLINA POLICE DEPARTMENT** ) | |
| **OFFICER(S), et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On October 4, 2011, the undersigned ordered that "[Plaintiff] shall respond to the motion to dismiss (Docket No. 9) by October 19, 2011, failing which the action will be dismissed for failure to prosecute." Plaintiff has filed no response, and the time for response has long expired.

Accordingly, **IT IS RECOMMENDED** that this action be dismissed for Plaintiff's failure to prosecute. Further, **IT IS ORDERED** that Plaintiff's motion for a hearing (Docket No. 15) is **DENIED** as without merit.

This the  18th  day of January, 2012.

                                                                    /s/ P. Trevor Sharp
                                                                    United States Magistrate Judge